CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:21-CV-042-MMD-CLB |
| Plaintiff, | **Settlement Agreement for Entry of Judgment of Forfeiture as to Andre Christopher Johnson and Order** |
| v. | |
| $239,840.00 IN UNITED STATES CURRENCY, | |
| Defendant, | |
| ANDRE CHRISTOPHER JOHNSON | |
| Claimant. | |

The United States and Andre Christopher Johnson and his counsel, Theresa Ristenpart, agree as follows:

1.      This case is a civil forfeiture action seeking to forfeit $239,840.00 in United States Currency under 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

2.      Andre Christopher Johnson knowingly and voluntarily agrees to the civil judicial forfeiture of the $239,840.

3.      Andre Christopher Johnson knowingly and voluntarily agrees to forfeit the $239,840 to the United States.

4.      Andre Christopher Johnson knowingly and voluntarily agrees to relinquish all rights, titles, and interests in the $239,840.

5.      Andre Christopher Johnson knowingly and voluntarily agrees to waive his right to any civil judicial forfeiture proceedings (proceedings) concerning the $239,840.

6.      Andre Christopher Johnson knowingly and voluntarily agrees to waive service of process of any and all documents filed in this action or any proceedings concerning the $239,840 arising from the facts and circumstances of this case.

7.      Andre Christopher Johnson knowingly and voluntarily agrees to waive any further notice to him, his agents, or his attorney regarding the forfeiture and disposition of the $239,840.

8.      Andre Christopher Johnson knowingly and voluntarily agrees not to file any claim, answer, petition, or other documents in any proceedings concerning the $239,840.

9.      Andre Christopher Johnson knowingly and voluntarily agrees to withdraw any claims, answers, counterclaims, petitions, or other documents he filed in any proceedings concerning the $239,840.

10.     Andre Christopher Johnson knowingly and voluntarily agrees to waive the statute of limitations, the CAFRA requirements, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions A, C, E, and G, 18 U.S.C. § 983, the constitutional requirements, and the constitutional due process requirements of any forfeiture proceedings concerning the $239,840.

11.     Andre Christopher Johnson knowingly and voluntarily agrees to waive his right to a trial on the forfeiture of the $239,840.

12.     Andre Christopher Johnson knowingly and voluntarily agrees to waive (a) all constitutional, legal, and equitable defenses to, (b) any constitutional or statutory double jeopardy defense or claim concerning, and (c) any claim or defense under the Eighth Amendment to the United States Constitution, including, but not limited to, any claim or defense of excessive fines or cruel and unusual punishments in any proceedings concerning the $239,840.

13.     Andre Christopher Johnson knowingly and voluntarily agrees to the entry of a Judgment of Forfeiture of the $239,840 to the United States.

2

14.     Andre Christopher Johnson understands that the forfeiture of the $239,840 shall not be treated as satisfaction of any assessment, restitution, fine, cost of imprisonment, or any other penalty that may be imposed on Andre Christopher Johnson in addition to forfeiture.

15.     Andre Christopher Johnson knowingly and voluntarily agrees to the conditions set forth in this Settlement Agreement for Entry of Judgment of Forfeiture as to Andre Christopher Johnson and Order (Settlement Agreement).

16.     Andre Christopher Johnson knowingly and voluntarily agrees to hold harmless the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the Nevada Highway Patrol, the Drug Enforcement Administration, the Department of the United States Treasury, their agencies, their agents, and their employees from any claim made by Andre Christopher Johnson or any third party arising out of the facts and circumstances of this case.

17.     Andre Christopher Johnson knowingly and voluntarily releases and forever discharges the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the Nevada Highway Patrol, the Drug Enforcement Administration, the Department of the United States Treasury, their agencies, their agents, and their employees from any and all claims, rights, or causes of action of any kind that Andre Christopher Johnson now has or may hereafter have on account of, or in any way growing out of, the seizures and the forfeitures of the property in the civil judicial forfeiture.

18.     Andre Christopher Johnson knowingly and voluntarily acknowledges, understands, and agrees that (a) federal law requires the Department of the United States Treasury and other disbursing officials to offset federal payments to collect delinquent tax and non-tax debts owed to the United States and to individual states (including past-due child support); (b) if an offset occurs to the payment to be made pursuant to this agreement, they will receive a notification from the Department of the United States Treasury at the last address provided by them to the governmental agency or entity to whom the offset

payment is made; (c) if they believe the payment may be subject to an offset, they may contact the Treasury Department at 1-800-304-3107; (d) the terms of this settlement do not affect the tax obligations fines, penalties, or any other monetary obligations owed to the United States or an individual state; and (e) the exact sum delivered to Theresa Ristenpart, on behalf of him, may well be a lesser sum, if the Treasury Offset Program reduces the amount in satisfaction of a debt obligation.

19.    After the property is forfeited in the civil case and the United States District Court has signed the Settlement Agreement concerning the property, within a practicable time thereafter for the United States, the United States agrees to release to Andre Christopher Johnson one payment of $83,944.00 in United States Currency less any debt owed to the United States, any agency of the United States, or any debt in which the United States is authorized to collect, through Theresa Ristenpart. Andre Christopher Johnson knowingly and voluntarily agree(s) to fill out the Department of the United States Treasury Automated Clearing House (ACH) form accurately and correctly and submit it to the United States Attorney's Office so that the payment of the money can be disbursed by electronic fund transfer. Andre Christopher Johnson knowingly and voluntarily agrees the $83,944.00 in United States Currency may be offset by any debt owed to the United States, any agency of the United States, or any debt in which the United States is authorized to collect.

20.    Each party acknowledges and warrants that its execution of the Settlement Agreement is free and is voluntary.

21.    The Settlement Agreement contains the entire agreement between the parties.

22.    Except as expressly stated in the Settlement Agreement, no party, officer, agent, employee, representative, or attorney has made any statement or representation to any other party, person, or entity regarding any fact relied upon in entering into the Settlement Agreement, and no party, officer, agent, employee, representative, or attorney relies on such statement or representation in executing the Settlement Agreement.

4

23.     The persons signing the Settlement Agreement warrant and represent that they have full authority to execute the Settlement Agreement and to bind the persons and/or entities, on whose behalf they are signing, to the terms of the Settlement Agreement.

24.     This Settlement Agreement shall be construed and interpreted according to federal forfeiture law and federal common law. The jurisdiction and the venue for any dispute related to, and/or arising from, this Settlement Agreement is the unofficial Northern Division of the United States District Court for the District of Nevada, located in Reno, Nevada.

25.     Each party shall bear his or its own attorneys' fees, expenses, costs, and interest.

26.     This Settlement Agreement shall not be construed more strictly against one party than against the other merely by virtue of the fact that it may have been prepared primarily by counsel for one of the parties; it being recognized that both parties have contributed substantially and materially to the preparation of this Settlement Agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the $239,840.

DATED: September 8, 2021                          DATED: _____

RISTENPART LAW                                    CHRISTOPHER CHIOU
                                                  Acting United States Attorney

_____                  _____
THERESA RISTENPART                                JAMES A. BLUM
Counsel for Andre Christopher Johnson             Assistant United States Attorney

DATED: September 7, 2021


_____
ANDRE CHRISTOPHER JOHNSON



                                                  IT IS SO ORDERED:



                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

                                                  DATED: _____

6

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the $239,840.


DATED: _____          DATED: _____

RISTENPART LAW                          CHRISTOPHER CHIOU
                                        Acting United States Attorney

                                        JAMES BLUM   Digitally signed by JAMES BLUM
                                                     Date: 2021.09.15 10:10:49 -07'00'

_____                 _____
THERESA RISTENPART                      JAMES A. BLUM
Counsel for Andre Christopher Johnson   Assistant United States Attorney

DATED: _____


_____
ANDRE CHRISTOPHER JOHNSON



                                        IT IS SO ORDERED:



                                        _____
                                        UNITED STATES DISTRICT JUDGE

                                        DATED: _____September 15, 2021_____